Certificate Number: 01721-PAE-DE-030270666

Bankruptcy Case Number: 17-16140



01721-PAE-DE-030270666

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 6, 2017, at 11:27 o'clock AM EST, Edward Dimter completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 6, 2017

By: /s/Marilou Protulipac

Name: Marilou Protulipac

Title: Manager of Counseling and Cust. Support