United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-16140-jkf
Edward J. Dimter, Jr.                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore         Page 1 of 1         Date Rcvd: Dec 27, 2017
                              Form ID: 195            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
db        +Edward J. Dimter, Jr.,    118 Hasbrook Avenue,    Cheltenham, PA 19012-2207
cr        +Nissan-Infiniti LT,    c/o Stewart, Zlimen & Jungers, Ltd.,    2860 Patton Road,
            Roseville, MN 55113-1100
cr         State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2017 00:55:09      Synchrony Bank,
            c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:
              BRUCE ROBERT KAY    on behalf of Debtor Edward J. Dimter, Jr. bruce.kay@verizon.net
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Edward J. Dimter, Jr. : Case No. 17–16140–jkf
       Debtor(s)

***ORDER***
_____

AND NOW, this day , December 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

20
Form 195